FILED
2026 Jan-23 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court

For the Northern District of Alabama

FILED

2026 JAN 23 P 1: 27

U.S. DISTRICT COURT
N.D. OF ALABAMA

Joseph Alexander

          Plaintiff                 Case No.

v.

Dawn Hill- Kearse, Sergio Jimenez          Jury Trial demanded

          Defendant

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process,

2. The basis for this court's jurisdiction is federal law.

## RELIEF

Plaintiff demands compensation of $500,000.

## CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026